THOMAS HADFIELD et ux., complainants,

*v.*

CHARLES HADFIELD et al., respondents.

[Decided January 3d, 1941.]

511

512

514

*Messrs. Ruback & Albach,* for the appellant.

*Mr. Walter Goldberg,* for the complainants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Stein in the Court of Chancery.

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.